UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,)
)   CASE NO. MJ 17-367
    Plaintiff,)
)
    v.)
)   DETENTION ORDER
JOSHUA DAWSON,)
)
    Defendant.)
)

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    September 12, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been convicted of at least five qualifying felonies in state and federal court, and is currently on supervised release in this Court for previous convictions for

Conspiracy to Unlawfully Deal in Firearms and Felon in Possession of a Firearm. He was released from a 66 month term of imprisonment less than one month before the pending charge. He has also been charged with violation of the conditions of supervised release. He does not request release.

    2.    Defendant poses a risk of nonappearance based on a history of failures to appear, on-compliance while on supervision, commission of the instant offense less than one month from being released to supervision, criminal history, use of an alias name, and substance use issues. Defendant poses a risk of danger based on the nature of the offense and criminal history.

    3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 12th day of September, 2017.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3